UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSANNA WILSON-FARROW,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  14-cv-00112-MEJ

**ORDER CONTINUING CMC**

      This matter is currently scheduled for a Case Management Conference on April 10, 2014. However, in their joint statement, the parties agree that this case should be put over for approximately 120 days, at which time the parties will have had an opportunity to take limited discovery and discuss the possible resolution of this case.  Accordingly, the Case Management Conference is CONTINUED to August 21, 2014 at 10:00 a.m. in Courtroom B.  The parties shall file an updated statement by August 14, 2014.

      **IT IS SO ORDERED.**

Dated: April 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge