MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102-3495
    Phone:  (415) 436-7071
    Fax:  (415) 436-6748
    Email:  Robin.Wall@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSANNA WILSON-FARROW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 14-cv-00112-MEJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE DISMISSAL OF<br>PLAINTIFF'S CLAIMS FOR<br>NEGLIGENT SUPERVISION,<br>TRAINING, AND FAILURE TO<br>ADOPT/ENFORCE RULES** |

      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Rosanna Wilson-Farrow ("Plaintiff") and Defendant United States of America hereby stipulate and agree to dismiss, without prejudice, the following claims outlined in paragraph 18 of Plaintiff's Complaint in the above-captioned action:

VOLUNTARY DISMISSAL
14-CV-00112 MEJ

(a) Failing to supervise and monitor the treatment and care rendered to Decedent while he was a patient in its facilities when it knew or should have known that its staff did not possess the training, experience, skills, and judgment to treat him properly;

(b) Failing to ensure that Defendant's treatment was in accordance with Defendant's policies and procedures when it knew or should have known that its medical and nursing personnel were not properly treating Mr. Farrow;

(c) Failing to train those providing treatment and care to Decedent;

(h) Failing to adopt and/or enforce rules, regulations, and procedures to ensure proper medical care for Decedent; and

(i) Failing to adopt and/or enforce rules, regulations and procedures to ensure adequate and timely consultations with Decedent.

Plaintiff's Complaint at ¶¶ 18(a)-(c), (h), and (i).

SO STIPULATED AND AGREED.

Dated:  August 21, 2015                          Respectfully,

MELINDA HAAG
United States Attorney

/s/ *Robin M. Wall*

ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant


SMITH LAW OFFICES, APC

/s/ *Paul J. Burkhart*

PAUL J. BURKHART
Attorneys for Plaintiff

VOLUNTARY DISMISSAL
14-CV-00112 MEJ

## **CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Paul J. Burkhart has concurred in the filing of this document.

Dated:  August 21, 2015               MELINDA HAAG
                                      United States Attorney


                                      /s/ *Robin M. Wall*

                                      ROBIN M. WALL
                                      Assistant United States Attorney
                                      Attorney for Defendants


## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation of the parties, Plaintiff's claims for negligent supervision, training, and failure to enforce or adopt rules, regulations, and procedures, as alleged in paragraphs 18(a)-(c), (h), and (i) of Plaintiff's Complaint, are dismissed from the above-captioned action without prejudice.

**IT IS SO ORDERED**.

Dated: August  21 , 2015

                                      HON. MARIA-ELENA JAMES
                                      UNITED STATES MAGISTRATE JUDGE

VOLUNTARY DISMISSAL
14-CV-00112 MEJ