UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA WILSON-FARROW,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 14-cv-00112-MEJ<br><br>**ORDER TO FILE STATUS REPORT** |

    On May 31, 2016, the parties in the above-captioned action filed a status report informing the Court of their ongoing settlement discussions and agreeing to submit a further status update on June 30, 2016.  Dkt. No. 51.  However, as of the date of this Order, the Court has not received any further status reports from the parties.  Accordingly, the Court **ORDERS** the parties to file a joint status report **by July 7, 2016**.

    **IT IS SO ORDERED.**

Dated: July 1, 2016

                                              MARIA-ELENA JAMES<br>                                              United States Magistrate Judge