UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSANNA WILSON-FARROW,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  14-cv-00112-MEJ

**ORDER TO FILE STATUS REPORT**

On May 31, 2016, the parties in the above-captioned action filed a status report informing the Court of their ongoing settlement discussions.  Dkt. No. 51.  More recently, on July 15, 2016, the parties filed a status report indicating they intended to submit a stipulation and agreement of compromise and settlement to the Court by July 29, 2016.  Dkt. No. 56.  Accordingly, the clerk issued a notice that the parties should file a further status report by that date.  Dkt. No. 57.  However, as of the date of this Order, the Court has not received any further status reports from the parties or their stipulation and agreement.  The Court thus **ORDERS** the parties to file a joint status report **by August 5, 2016**.

    **IT IS SO ORDERED.**

Dated: August 1, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge