| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643) |
| 3 | Chief, Civil Division |
| 4 | ROBIN M. WALL (CABN 235690)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495 |
| 7 | Phone: (415) 436-7071<br>Fax: (415) 436-6748 |
| 8 | Email: robin.wall@usdoj.gov |
| 9 | Attorneys for Defendant |
| 10 | United States of America |



Case is dismissed with prejudice.
Dated: 7/11/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSANNA WILSON-FARROW,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 14-cv-00112-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL
14-CV-00112 MEJ

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rosanna Wilson Farrow and Defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims asserted therein. The parties further stipulate that each party will bear its own costs and attorney's fees.

DATED: 7-26, 2016

_____
ROSANNA WILSON-FARROW
Plaintiff

DATED: 7/31, 2016

_____
PAUL J. BURKHART
SMITH LAW OFFICES, APC
Attorneys for Plaintiffs

DATED: 8/19, 2016

_____
ROBIN M. WALL
Assistant United States Attorney
Attorney for Defendant USA

STIPULATION OF DISMISSAL
14-CV-00112 MEJ